# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Mary E. Powell, | : | Bankruptcy No. 18-21269-GLT |
| Debtor. | : | |
| | : | Chapter 13 |
| Mary E. Powell, | : | |
| Movant, | : | |
| v. | : | |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, | : | |
| Respondent. | : | |

## MOTION FOR LOSS MITIGATION

1. The Debtor in this case hereby requests the commencement of the Court's *Loss Mitigation Program* (LMP) as set forth in *W.PA.LBR 9020-1 through 9020-7* with respect to property located at 176 Valley View, Imperial, PA 15126.

2. The Creditor is New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and is registered on the Portal.

3. The Creditor is the holder of a first mortgage.

4. A *Certification of LMP Eligibility and Readiness* (Local Bankruptcy Form 40) and a *Proposed Loss Mitigation Order* (Local Bankruptcy Form 41) are attached to this Motion pursuant to *W.PA.LBR 9020-2(c)*.

5. Pursuant to *W.PA.LBR 9020-2(d)*, any objection to the relief requested herein must be filed within fourteen (14) days of service of the Motion.

Date: July 2, 2018

Signed: Brian C. Thompson, Esquire

On behalf of: Mary E. Powell
Name of Debtor(s)

Brian C. Thompson, Esquire
Name of Attorney - Typed

125 Warrendale-Bayne Rd., Suite 200, Warrendale, PA 15086
Postal Address of Attorney

bthompson@thompsonattorney.com
Email Address of Attorney

(724) 799-8404
Phone Number of Attorney

Pa. I.D. #91197
Attorney's Bar I.D. and State of Admission